# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON-NABRES FAMILY TRUST, ) | 1:05cv1412 REC DLB |
| ) | |
| Plaintiff, ) | ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PETITION TO QUASH IRS SUMMONSES AND COUNTER PETITION FOR SUMMARY ENFORCEMENT OF IRS SUMMONSES |
| v. ) | |
| FRED CHYNOWETH, et al., ) | |
| Defendants. ) | |

On November 8, 2005, Gary Tedder, acting as a trustee of plaintiff Solomon-Nabres Family Trust filed a petition to quash summonses issued by the Internal Revenue Service. On May 1, 2006, defendants the United States of America and Revenue Agent Fred Chynoweth filed a motion to dismiss the petition and counter petition for summary enforcement of IRS summons. Defendants set the hearing on the motion to dismiss for June 2, 2006. On May 26, 2006, plaintiff filed a request for continuance of the hearing to July 3, 2006.

Plaintiff pursues neither this action nor its request for continuance through licensed counsel. Mr. Tedder does not identify himself as an attorney and a trust cannot file a cause of action in federal court *in propria persona*. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987). Accordingly, defendants' motion to dismiss is continued to July 21, 2006 at 9:00 a.m. in Courtroom 9. Prior to the hearing, plaintiff shall secure representation of licensed counsel to appear for plaintiff in this action. Plaintiff's failure to secure licensed

1

counsel will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

| Dated: | June 1, 2006 | /s/ Dennis L. Beck |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |

3b142a