IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMAN-NABRES FAMILY TRUST, | |
| Plaintiff, | CV F 05 1412 OWW DLB |
| vs. | |
| FRED CHYNOWETH, | |
| Defendant. | ORDER RE FINDINGS & RECOMMENDATIONS (#27) |

The United States of America seeks to dismiss a petition to quash Internal Revenue Service ("IRS") summonses, demand for bill of particulars, request for injunction and claim for personal damages filed by Gary Tedder, acting as a trustee of plaintiff Solomon-Nabres Family Trust and to enforce the IRS summonses issued to Charles Schwab and Company, Inc. ("Charles Schwab") and Bank of America. The Government further seeks to substitute itself in place of defendant Revenue Agent Fred Chynoweth ("Agent Chynoweth") as the real party in interest.

1

On August 30, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 30, 2006, are adopted in full;
2. IRS Revenue Agent Fred Chynoweth is dismissed and the United States of America is substituted in his place;
3. The petition to quash the IRS summonses to Charles Schwab and Bank of America is DENIED;
4. The United States of America's motion to dismiss the petition and to enforce the IRS summonses to Charles Schwab and Bank of America is GRANTED; and
5. The Court clerk is DIRECTED to enter judgment in favor of defendant United States of America and against plaintiff Soloman-Nabres Family Trust and to close this action.

IT IS SO ORDERED.

**Dated:   October 13, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE